JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 800 -- In re Allstar Inns Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/03/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- filed by pltf. Kirschner Brothers Oil, Inc. for transfer of action -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT:  C.D. California -- SUGGESTED TRANSFEREE JUDGE:   ? (ds) |
| 89/03/27 | | APPEARANCES -- ARTHUR N. ABBEY, ESQ. for Sidney Rothbart, etc. and MICHAEL F. PERLIS, ESQ. for Allstar Inns, L.P., Allstar Inns, G.P., Inc., Daniel R. Shaughnessy, Edward A. Paul, Robert L. Judell, Christopher W. Brody, John L. Vogelstein, R. Warren Hellman, John A. Canning, Jr. and Joseph Martin, Jr.  (ds) |
| 89/03/28 | | APPEARANCE -- EDWARD M. ROSENFELD, ESQ. for Drexel Burnham Lambert, Inc.; Dean Witter Reynolds, Inc.; Bateman Eichler and Hill Richards, Inc.  (ds) |
| 89/03/28 | | APPEARANCE -- SAMUEL R. SIMON, ESQ. for Kirschner Brothers Oil, Inc.  (ds) |
| 89/04/05 | 2 | RESPONSE/MEMORANDUM TO PLDG. #1 -- Sidney Rothbart, etc. -- w/cert. of svc. (rh) |
| 89/04/05 | 3 | RESPONSE TO PLDG. #1 -- Defts. Allstar Inns, L.P.; Allstar Inns, G.P., Inc.; Daniel R. Shaughessy; Edward A. Paul; Robert L. Judell; Christopher W. Brody; John L. Vogelstein; F. Warren Hellman; John A. Canning, Jr.; Joseph Martin, Jr.; Drexel Burnham Lambert, Inc.; Dean Witter Reynolds, Inc; and Bateman Eichler Hill Richards, Inc. -- w/cert. of svc. (rh) |
| 89/04/07 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/10 | | APPEARANCE:  MARC M . SELTZER, ESQ. for Nicholas Mastromatteo (rh) |
| 89/05/11 | 4 | LETTER -- requesting to withdraw motion and vacating 5/18/89 hearing -- filed by Kirschner Brothers Oil, Inc., etc.  (ds) |
| 89/05/11 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING MAY 18, 1989 HEARING -- notified involved clerks, judges, counsel and misc. recipients  (ds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 800 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ALLSTAR INNS SECURITIES LITIGATION

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

### Special Transferee Information

DATE CLOSED: May 11, 1989

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 800 -- In re Allstar Inns Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sidney Rothbart, etc. v. Allstar Inns, L.P., et al. | S.D.N.Y. Leisure | 88-Civ-9282 | | | | |
| A-2 | Kirschner Brothers Oil, Inc., etc. v. Allstar Inns, L.P., et al. | C.D.Ca. Marshall | 89-0398-CBM (JRX) | | | | |
| A-3 | Nicholas Mastromatteo, etc. v. Daniel R. Shaughnessy, et al. | C.D.Ca. Kenyon | 89-1481-KN (GHKx) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 800 -- In re Allstar Inns Securities Litigation

---

SIDNEY ROTHBART, ETC. (A-1)
Arthur N. Abbey, Esquire
Abbey & Ellis
212 East 39th Street
New York, New York  10016

KIRSCHNER BROTHERS OIL, INC.
ETC. (A-2)

Samuel R. Simon, Esquire
Barrack, Rodos & Bacine
Suite 2100
1845 Walnut Street
Philadelphia, Pennsylvania  19103

NICHOLAS MASTROMATTEO, ETC. (A-3)

Marc M. Seltzer, Esquire
Corinblit & Seltzer
3700 Wilshire Blvd., Suite 820
Los Angeles, California  90010

---

ALLSTAR INNS, L.P.
ALLSTAR INNS, G.P., INC.
DANIEL R. SHAUGHNESSY
EDWARD A. PAUL
ROBERT L. JUDELL
CHRISTOPHER W. BRODY
JOHN L. VOGELSTEIN
R. WARREN HELLMAN
JOHN A. CANNING, JR.
JOSEPH MARTIN, JR.
Michael F. Perlis, Esquire
Stroock & Stroock & Lavan
2029 Century Park East
18th Floor
Los Angeles, California  90067

DREXEL BURNHAM LAMBERT, INC.
DEAN WITTER REYNOLDS, INC.
BATEMAN EICHLER
HILL RICHARDS, INC.

Edward M. Rosenfeld, Esquire
Patterson, Belknap, Webb
  & Tyler
1875 Century Park East
Suite 950
Los Angeles, California  90067

JPML FORM 3

P. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __800__ -- __In re Allstar Inns Securities Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Allstar Inns, L.P. | A-1, A-2, A-3 |
| Allstar Inns, G.P., Inc. | A-1, A-2, A-3 |
| Daniel R. Shaughnessy | A-1, A-2, A-3 |
| Edward A. Paul | A-1, A-2, A-3 |
| Robert L. Judell | A-1, A-2, A-3 |
| Christopher W. Brody | A-1, A-2, A-3 |
| John L. Vogelstein | A-1, A-2, A-3 |
| F. Warren Hellman | A-1, A-2, A-3 |
| John A. Canning, Jr. | A-1, A-2, A-3 |
| Joseph Martin, Jr. | A-1, A-2, A-3 |
| Drexel Brunham Lambert, Inc. | A-1, A-2, A-3 |

p.  2

| | |
|---|---|
| Dean Witter Reynolds, Inc. | A-1, A-2, A-3 |
| Bateman Eichler | A-1, A-2, A-3 |
| Hill Richards, Inc. | A-1, A-2, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |