JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 11 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 800

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALLSTAR INNS SECURITIES LITIGATION

Southern District of New York

Sidney Rothbart, etc. v. Allstar Inns, L.P., et al., C.A. No. 88-Civ-9282

Central District of California

Kirschner Brothers Oil, Inc., etc. v. Allstar Inns, L.P., et al., C.A. No. 89-0398-CBM(JRx)
Nicholas Mastromatteo, etc. v. Daniel R. Shaughnessy, et al., C.A. No. 89-1481-KN(GHKx)

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE MAY 18, 1989 HEARING

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 to transfer the above-captioned Southern District of New York action to the Central District of California for coordinated or consolidated pretrial proceedings with the above-captioned actions pending there. Movant, Kirschner Brothers Oil, Inc., has requested permission to withdraw its motion because the parties to these actions have reached agreement on the transfer issue that underlies the motion.

IT IS THEREFORE ORDERED that movant's request to withdraw its Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on April 7, 1989, as amended on April 11, 1989, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman